UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-63-TAV-JEM |
| | ) | |
| KELSI LYNN FESSLER, | ) | |
| and KEVIN DEWAYNE BUSH, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Kelsi Lynn Fessler's Unopposed Motion to Continue Trial and Related Dates [Doc. 25], filed on February 10, 2026.

Defendant asks to continue the plea deadline, set for February 10, 2026, and the March 10, 2026 trial date [*Id.* at 1]. In support of her motion, Defendant states that her counsel would show that the case is not yet ready for hearing [*Id.* ¶ 1]. Defendant's counsel has received discovery and communicated with Defendant regarding this case [*Id.*]. Defendant's counsel submits that additional time is needed to review the case with Defendant [*Id.*]. Additionally, the parties have not yet begun any negotiations that could lead to a settlement [*Id.*]. Defendant states that she is not detained pending trial and that she understands that the period of time between the filing of the motion for continuance and a rescheduled trial date shall be fully excludable for speedy trial purposes [*Id.* ¶ 3]. The Government has no objection to proposed continuance [*Id.* ¶ 4]. Defendant informs the Court that counsel for Codefendant Kevin Bush has informed Defendant's counsel that he has no objection to this motion [*Id.*].

Codefendant Kevin Bush filed a Notice of No Objection to Co-Defendant Kelsi Lynn Fessler's Unopposed Motion to Continue Trial and Related Dates [Doc. 25], and stated that his counsel agreed that the case is not yet ready for hearing and that additional time is needed for plea negotiations and/or trial preparation [Doc. 26 p. 1]. Codefendant states that he agrees to waive his speedy trial rights and agrees that the period of time between the filing of [Defendant's] motion and the rescheduled trial date should be fully excludable for the purposes of the speedy trial clock" [*Id.*].

Based upon the information in Defendant's motion and because the Government and Codefendant Bush do not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant's counsel needs more time to review the case and consult with Defendant, engage in settlement negotiations, and if those are not successful, otherwise prepare for trial. *See id.* § 3161(h)(1)(H). The Court finds that all of this cannot occur before the March 10, 2026 trial date.

The Court therefore **GRANTS** Defendant Kelsi Lynn Fessler's Unopposed Motion to Continue Trial and Related Dates Joint [**Doc. 25**]. The trial of this case is reset to **June 9, 2026.** A new trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time

between the filing of the motion on February 10, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Kelsi Lynn Fessler's Unopposed Motion to Continue Trial and Related Dates Joint [**Doc. 25**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **June 9, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **February 10, 2026**, and the new trial date of **June 9, 2026,** is fully excludable under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **May 8, 2026**;

(5) the deadline for filing motions *in limine* is **May 26, 2026,** and responses to motions *in limine* are due on or before **June 2, 2026**; and

(6) the parties are to appear before the undersigned for a final pretrial conference on **May 28, 2026, at 11:00 a.m.**;

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **May 29, 2026.**

**IT IS SO ORDERED.**

ENTER:

/s/ Jill E. McCook
_____
Jill E. McCook
United States Magistrate Judge

3

Case 3:25-cr-00063-TAV-JEM   Document 27   Filed 02/20/26   Page 3 of 3   PageID #: 89